IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHAD GLOW,<br><br>    Plaintiff,<br><br>  v.<br><br>UNION PACIFIC RAILROAD CO. et al.,<br><br>    Defendants.<br>_____/ | No. C-05-1933 MMC<br><br>**ORDER DIRECTING DEFENDANT TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

On June 1, 2005, defendant Union Pacific Railroad Company ("Union Pacific") electronically filed its answer to plaintiff's complaint.  Defendant has violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Defendant Union Pacific is hereby ORDERED to comply with General Order 45 and the Court's standing orders by immediately submitting a chambers copy of the above-referenced document.  The parties are hereby advised that if either party fails in the future to comply with the Court's order to provide chambers copies of electronically-filed

1 documents, the Court may impose sanctions on the noncomplying party, including, but not
2 limited to, striking from the record any electronically-filed document of which a chambers
3 copy has not been timely provided to the Court.
4     **IT IS SO ORDERED.**
5 Dated: June 8, 2005

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge