LAW OFFICES OF JEAN SCHAEFER
1337 Howe Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 925-4400,
Facsimile: (916) 925-2019

JEAN SCHAEFER SBN# 179180

Attorney for Defendant, HOWARD REDMOND

E-Filing

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHAD GLOW,<br><br>Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, HOWARD REDMOND, an individual, and does 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: C 05 01933 MMC<br><br>STIPULATION MODIFYING PRETRIAL PREPARATION ORDER; ORDER THEREON |
| AND RELATED COUNTER-CLAIM | |

COME NOW David Chad Glow, Plaintiff/Counter-defendant, Union Pacific Railroad Company, Defendant/Counter-defendant, and Howard Redmond, Defendant/Counter-claimant, who hereby enter into the following stipulation:

IT IS HEREBY STIPULATED THAT:

1. Non-expert discovery will be completed on or before **July 5, 2006**.

2. Expert disclosures are due on or before **July 14, 2006**. The parties hereby waive the Federal Court Rule 26 provision requiring reports be completed and exchanged at the time of disclosure and/or supplemental disclosure.

3. Supplemental expert disclosures are due on or before **July 24, 2006**.

STIPULATION TO EXTEND DEADLINES

1

1.     4.     Expert witness discovery will be completed on or before **August 15, 2006**.

2.     5.     Dispositive hearing motions will be filed no later than **July 15, 2006**.

3.     6.     All other dates shall remain unchanged, Further Status Conference, **June 30, 2006**, Pre-trial Conference, **September 14, 2006**, and Trial, **September 25, 2006**.

At this time, the parties do not anticipate requesting any other changes to the Pretrial Preparation Order. The parties further agree that counter-part facsimile renditions of signatures are sufficient for entry of this stipulation into the court files.

**IT IS SO STIPULATED.**

Dated:    May 16, 2006       **LAW OFFICES OF JEAN SCHAEFER**

By: _/s/ Jean Schaefer_
     Jean Schaefer
     Attorney for Defendant/Counterclaimant

Dated:    May ____, 2006       **UNION PACIFIC RAILROAD COMPANY**

By:_____
     Michael L. Whitcomb
     John D. Feeney
     Attorneys for Defendant/Counterdefendant

Dated:    May ____, 2006       **GANONG & WYATT**

By:_____
     Phillip W. Ganong
     Ralph Wm. Wyatt
     Attorneys for Plaintiff/Counterdefendant

## ORDER

After considering the Stipulation by and between the parties, through their counsel of record, IT IS HEREBY ORDERED THAT:

1. Non-expert discovery will be completed on or before July 5, 2006.

2. Expert disclosures are due on or before July 14, 2006. No reports shall be exchanged and filed at the time at the time of disclosure and/or supplemental disclosure.

3. Supplemental expert disclosures are due on or before July 24, 2006.

4. Expert witness discovery will be completed on or before August 15, 2006.

//

5. Dispositive hearing motions will be filed no later than July 15, 2006.

All other dates shall remain unchanged, Further Status Conference, June 30, 2006, Pre-trial Conference, September 14, 2006, and Trial, September 25, 2006.

DATED: JUN 1 2 2006

MAXINE M. CHESNEY
U. S. DISTRICT JUDGE

STIPULATION TO EXTEND DEADLINES

3

06/01/2006 THU 8:25 FAX 6613273305 GANONG & WYATT LLP  Case 2:06-cv-01532-LKK-EFB   Document 27   Filed 06/12/06   Page 4 of 7   @003/004

05/16/2006  11:45  9169252019                    JEAN_SCHAEFER                              PAGE  03/09

1  4.  Expert witness discovery will be completed on or before August 15, 2006.
2  5.  Dispositive hearing motions will be filed no later than July 15, 2006.
3  6.  All other dates shall remain unchanged, Further Status Conference, June 30, 2006,
4  Pre-trial Conference, September 14, 2006, and Trial, September 25, 2006.
5  At this time, the parties do not anticipate requesting any other changes to the Pretrial
6  Preparation Order. The parties further agree that counter-part facsimile renditions of signatures are
7  sufficient for entry of this stipulation into the court files.
8  IT IS SO STIPULATED.
9  Dated: May 16, 2006              LAW OFFICES OF JEAN SCHAEFER
10                                   By: _____
                                     Jean Schaefer
11                                   Attorney for Defendant/Counterclaimant
12  Dated: May ____, 2006            UNION PACIFIC RAILROAD COMPANY
13                                   By: _____
                                     Michael L. Whitcomb
14                                   John D. Feeney
                                     Attorneys for Defendant/Counterdefendant
15
    Dated: May 27, 2006              GANONG & WYATT
16                                   By: _____
17                                   Phillip W. Ganong
                                     Ralph Wm. Wyatt
18                                   Attorneys for Plaintiff/Counterdefendant
19
20                                   **ORDER**
21  After considering the Stipulation by and between the parties, through their counsel of record,
22  IT IS HEREBY ORDERED THAT:
23  1.  Non-expert discovery will be completed on or before July 5, 2006.
24  2.  Expert disclosures are due on or before July 14, 2006. No reports shall be exchanged
25  and filed at the time at the time of disclosure and/or supplemental disclosure.
26  3.  Supplemental expert disclosures are due on or before July 24, 2006.
27  4.  Expert witness discovery will be completed on or before August 15, 2006.
28  //

1  4.  Expert witness discovery will be completed on or before **August 15, 2006**.
2  5.  Dispositive hearing motions will be filed no later than **July 15, 2006**.
3  6.  All other dates shall remain unchanged, Further Status Conference, **June 30, 2006**, Pre-trial Conference, **September 14, 2006**, and Trial, **September 25, 2006**.

At this time, the parties do not anticipate requesting any other changes to the Pretrial Preparation Order. The parties further agree that counter-part facsimile renditions of signatures are sufficient for entry of this stipulation into the court files.

**IT IS SO STIPULATED.**

Dated:     May 16, 2006            **LAW OFFICES OF JEAN SCHAEFER**

                                   By: _____
                                        Jean Schaefer
                                        Attorney for Defendant/Counterclaimant

Dated:     May 22, 2006            **UNION PACIFIC RAILROAD COMPANY**

                                   By: _____
                                        Michael L. Whitcomb
                                        John D. Feeney
                                        Attorneys for Defendant/Counterdefendant

Dated:     May ____, 2006          **GANONG & WYATT**

                                   By: _____
                                        Phillip W. Ganong
                                        Ralph Wm. Wyatt
                                        Attorneys for Plaintiff/Counterdefendant

## ORDER

After considering the Stipulation by and between the parties, through their counsel of record, IT IS HEREBY ORDERED THAT:

1.  Non-expert discovery will be completed on or before July 5, 2006.
2.  Expert disclosures are due on or before July 14, 2006. No reports shall be exchanged and filed at the time at the time of disclosure and/or supplemental disclosure.
3.  Supplemental expert disclosures are due on or before July 24, 2006.
4.  Expert witness discovery will be completed on or before August 15, 2006.

//

STIPULATION TO EXTEND DEADLINES

2

# CERTIFICATE OF SERVICE
## (28 U.S.C. § 1746, F.R.C.P. 5(b))

Case Name: *Glow v. Union Pacific, et al.*
Case Number: C 05 01933 MMC
Jurisdiction: United States District Court, Northern District, CA

I, Raymond A. Mills, declare:

I am, and was, at the time of the service referred to herein, a resident of, and employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the cause within. My business address is 1337 Howe Avenue, Suite 106, Sacramento, California 95825.

On 5-16-06, the date shown below, I caused to be served the following document:

**STIPULATION MODIFYING PRETRIAL PREPARATION ORDER; ORDER THEREON**

on all parties in this action by placing a true and correct copy enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Michael L. Whitcomb, Esq.<br>John D. Feeney, Esq.<br>UNION PACIFIC RAILROAD COMPANY<br>Law Department<br>49 Stevenson Street, Suite 1050<br>San Francisco, CA 94105<br>Facsimile No. (916) 789-6227 | Phillip W. Ganong<br>Ralph Wm. Wyatt<br>GANONG & WYATT, LLP<br>924 Truxten Avenue<br>Bakersfield, CA 93301<br>Facsimile No. (661) 327-3395 |
| | |

[XX] (BY MAIL) on May 16, 2006, at Sacramento, California, pursuant to Code of Civil Procedure Section 1013(a), by placing [] the original, or [XX] a true and correct copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, on deposit with the United States Postal Service on that same day. I am readily familiar with this firm's practice of collection and processing of documents for mailing, and with the requirements of Section 1013(a).

[] (BY PERSONAL SERVICE) I caused to be delivered such envelope by hand to the office(s) of the addressee(s).

[] (BY OVERNIGHT EXPRESS)

[XX] (BY FACSIMILE AND/OR BY E-MAIL)

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court, at whose direction this service was made.

DATED: 5-16-06

Raymond Mills

STIPULATION TO EXTEND DEADLINES

4

# CERTIFICATE OF SERVICE
## (28 U.S.C. § 1746, F.R.C.P. 5(b))

Case Name: ***Glow v. Union Pacific, et al.***
Case Number: C 05 01933 MMC
Jurisdiction: United States District Court, Northern District, CA

I, Ellamay Hamilton, declare:

I am, and was, at the time of the service referred to herein, a resident of, and employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the cause within. My business address is 1337 Howe Avenue, Suite 106, Sacramento, California 95825.

On 6-1-06, the date shown below, I caused to be served the following document:

**STIPULATION MODIFYING PRETRIAL PREPARATION ORDER; ORDER THEREON**

on all parties in this action by placing a true and correct copy enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Michael L. Whitcomb, Esq.<br>John D. Feeney, Esq.<br>UNION PACIFIC RAILROAD COMPANY<br>Law Department<br>10031 Foothills Boulevard, #200<br>Roseville, CA 95747 | Phillip W. Ganong<br>Ralph Wm. Wyatt<br>GANONG & WYATT, LLP<br>924 Truxten Avenue<br>Bakersfield, CA 93301 |
| | |

[XX]  (BY MAIL) on 6-1-06, at Sacramento, California, pursuant to 28 U.S.C. § 1746, F.R.C.P. 5(b) and Code of Civil Procedure Section 1013(a), by placing [] the original, or [XX] a true and correct copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, on deposit with the United States Postal Service on that same day. I am readily familiar with this firm's practice of collection and processing of documents for mailing, and with the requirements of such Sections.

[]  (BY PERSONAL SERVICE) I caused to be delivered such envelope by hand to the office(s) of the addressee(s).

[]  (BY OVERNIGHT EXPRESS)

[]  (BY FACSIMILE AND/OR BY E-MAIL)

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court, at whose direction this service was made.

DATED: June 1, 2006

*/s/ Ellamay Hamilton*
Ellamay Hamilton