1 | MICHAEL L. WHITCOMB, ESQ. (SBN: 86744)
**JOHN D. FEENEY, ESQ. (SBN: 84373)**
2 | **UNION PACIFIC RAILROAD COMPANY**
**Law Department**
3 | 10031 Foothills Boulevard, Suite 200
Roseville, CA  95747
4 | General:   916-789-6400
**Direct:    916-789-6231**
5 | Fax:        916-789-6227

6 | Attorneys for Defendant, Counter-Claimant
and Counter-Defendant UNION PACIFIC
7 | RAILROAD COMPANY

8 | IN THE UNITED STATES DISTRICT COURT

9 | IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11 |

12 | DAVID CHAD GLOW,                           Case No.:  C 05-01933 MMC

13 |       Plaintiff,                 **DEFENDANT, UNION PACIFIC**
**RAILROAD COMPANY'S**
14 |   vs.                                   **SUBSTITUTION OF ATTORNEYS** ;
  ORDER THEREON
15 | UNION PACIFIC RAILROAD COMPANY;
HOWARD REDMUND, and DOES 1 through
16 | 50, inclusive,

17 |
      Defendants.
18 |

19 | _____

20 | AND RELATED CROSS ACTIONS.

21 |

22 |       Defendant,    Counter-complainant,    Counter-Defendant    UNION    PACIFIC

23 | RAILROAD COMPANY, hereby substitutes the following law firm:

24 |     Adrian L. Randolph
    Randolph, Cregger & Chalfant, LLP
25 |     1030 "G" Street
    Sacramento, CA  95814
26 |     916-443-4443 – phone
    916-443-2124 – fax
27 |     alr@randolphlaw.net

28 |

1  In place and stead of John D. Feeney, Union Pacific Railroad Company, Law
2  Department, 10031 Foothills Boulevard, Suite 200, Roseville, California, 916-789-
3  6231-phone, 916-789-6238-fax.

4  Consent to substitute counsel is hereby authorized.

5  DATED: June 26, 2006         By:   /S/ *Michael L. Whitcomb*
                                      _____
6                                     UNION PACIFIC RAILROAD COMPANY
                                      Defendant/Counter-claimant/Counter-
7                                     defendant

8  I consent to this substitution.

9  DATED: June 26, 2006         UNION PACIFIC RAILROAD COMPANY

                                      */S/ John D. Feeney*
10
11                              By:_____
                                      JOHN D. FEENEY
12                                    Attorneys for Defendant/Counter-
                                      claimant/Counter-defendant
13                                    UNION PACIFIC RAILROAD COMPANY

14  I accept this substitution.

15  DATED: June 26, 2006         RANDOLPH CREGGER & CHALFANT LLP

16                                    */S/ Adrian L. Randoph*
                                By:_____
17                                    ADRIAN L. RANDOLPH
                                      Attorneys for Defendant/Counter-
18                                    claimant/Counter-defendant
                                      UNION PACIFIC RAILROAD COMPANY
19

20                              **ORDER**

21  The foregoing Substitution of Attorneys is hereby approved.

22  DATED: June 30, 2006         [signature]
23                               _____
                                 JUDGE OF THE UNITED STATES DISTRICT
24                               COURT – NORTHERN DISTRICT OF CALIFORNIA