RANDOLPH, CREGGER & CHALFANT LLP
ADRIAN L. RANDOLPH, State Bar No. 133577
THOMAS A. CREGGER, State Bar No. 124402
STEPHANIE L. QUINN, State Bar No. 216655
1030 G Street
Sacramento, California 95814
Telephone:  (916) 443-4443
Facsimile:    (916) 443-2124

Attorneys for Defendant/Counter-Defendant
UNION PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHAD GLOW,<br><br>            Plaintiff,<br><br>    vs.<br><br>UNION PACIFIC RAILROAD COMPANY, HOWARD REDMOND, an individual, and Does 1 through 20, inclusive,<br><br>            Defendants.<br>_____/<br>AND RELATED COUNTER-CLAIM<br>_____/ | No. C 05 01933 MMC<br><br>**SECOND STIPULATION MODIFYING PRETRIAL PREPARATION ORDER; ORDER THEREON** |

COME NOW Plaintiff/Counter-Defendant DAVID CHAD GLOW, Defendant/Counter-Defendant UNION PACIFIC RAILROAD COMPANY and Defendant/Counter-Claimant HOWARD REDMOND who hereby enter into the following stipulation:

IT IS HEREBY STIPULATED THAT:

1.    Non-expert discovery will be completed on or before September 5, 2006.

2.    Expert disclosures are due on or before September 14, 2006.  The parties hereby waive the Federal Court Rule 26 provision requiring reports be completed and exchanged at the time of disclosure and/or supplemental disclosure.

1
SECOND STIPULATION AND ORDER

**Randolph Cregger & Chalfant**

1    3.      Supplemental expert disclosures are due on or before September 24, 2006.

2    4.      Expert witness discovery will be completed on or before October 15, 2006.

3    5.      Dispositive hearing motions will be filed no later than September 15, 2006.

4    6.      Per the court's prior order, the Pretrial Conference will be held on November 14, 2006 at 3:00 p.m.  The Trial Date will be held on November 27, 2006 at 9:00 a.m.  The parties further agree that counter-part facsimile renditions of signatures are sufficient for entry of this stipulation into the court files.

IT IS SO STIPULATED.

DATED:  July 12, 2006          GANONG & WYATT

                               By_____/s/ Phillip W. Ganong_____
                                     Phillip W. Ganong
                               Attorneys for Plaintiff/Counter-Defendant

DATED: July 7 2006             LAW OFFICES OF JEAN SCHAEFER

                               By_____/s/ Jean Schaefer_____
                                     Jean Schaefer
                               Attorney for Defendant/Counter-Claimant

DATED: July 12, 2006           RANDOLPH CREGGER & CHALFANT LLP

                               By_____/s/ Adrian L. Randolph_____
                                     Adrian L. Randolph
                               Attorneys for Defendant/Counter-Defendant

## **ORDER**

After considering the Stipulation by and between the parties, through their counsel of record, IT IS HEREBY ORDERED THAT:

1.      Non-expert discovery will be completed on or before September 5, 2006.

2.      Expert disclosures are due on or before September 14, 2006.  No reports shall be

**Randolph Cregger & Chalfant**

2

SECOND STIPULATION AND ORDER

1  exchanged and filed at the time of disclosure and/or supplemental disclosure.

2      3.    Supplemental expert disclosures are due on or before September 24, 2006.

3      4.    Expert witness discovery will be completed on or before October 15, 2006.

4      5.    Dispositive hearing motions will be filed no later than September 15, 2006.

5      6.    Per the court's prior order, the Pretrial Conference will be held on November 14,

6  2006 at 3:00 p.m.  The Trial Date will be held on November 27, 2006 at 9:00 a.m.

7  DATED: __July 14, 2006__

_[signature: Maxine M. Chesney]_
MAXINE M. CHESNEY
U. S. DISTRICT JUDGE

**Randolph Cregger & Chalfant**

3
SECOND STIPULATION AND ORDER