**GANONG & WYATT, LLP**
924 Truxtun Avenue
Bakersfield, California 93301
Telephone 661.327.3337
Facsimile 661.327.3395

Philip W. Ganong, SBN 88414
Ralph Wm. Wyatt, SBN 63247

Attorneys for Plaintiff DAVID CHAD GLOW

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHAD GLOW,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, HOWARD REDMOND, an individual and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTER CLAIM. | Case No. C 05 01933 MMC<br><br>THIRD STIPULATION MODIFYING PRETRIAL PREPARATION ORDER; ORDER THEREON |

COME NOW Plaintiff/Counter-Defendant DAVID CHAD GLOW, Defendant/Counter-Defendant UNION PACIFIC RAILROAD COMPANY and Defendant/Counter-Claimant HOWARD REDMOND who, through their counsel, hereby enter into the following stipulation:

IT IS HEREBY STIPULATED THAT:

1. Expert witness discovery shall commence no earlier than Monday, October 23, 2006 and conclude no later than 5:00 p.m. Friday, November 10, 2006.

At this time, the parties do not anticipate requesting any other changes to the Pretrial Preparation Order. The parties further agree that counter-part facsimile renditions of

-1-

signatures are sufficient for entry of this stipulation into the court files.

IT IS SO STIPULATED.

Dated: September 27, 2006.   **GANONG & WYATT, LLP**

By: /s/ Ralph Wm. Wyatt
   Philip W. Ganong/Ralph Wm. Wyatt
   Attorneys for Plaintiff/Counter-Defendant

Dated: September 27, 2006.   **RANDOLPH CREGGER & CHALFANT LLP**

By:_____
   Adrian L. Randolph
   Attorneys for Defendant/Counter-Defendant

Dated: September 27, 2006.   **LAW OFFICES OF JEAN SCHAEFER**

By:_____
   Jean Schaefer
   Attorney for Defendant/Counter-Claimant

### ORDER

After considering the Stipulation by and between the parties, through their counsel of record, IT IS HEREBY ORDERED THAT:

1. Expert witness discovery shall commence no earlier than Monday, October 23, 2006 and conclude no later than 5:00 p.m. on Friday, November 10, 2006.

Dated: _____

_____
MAXINE M. CHESNEY
U.S. DISTRICT JUDGE

1 | signatures are sufficient for entry of this stipulation into the court files.
2 |     IT IS SO STIPULATED.
3 | Dated: September 27, 2006.    GANONG & WYATT, LLP
4 |
5 |                             By: /s/ Ralph Wm. Wyatt
                                Philip W. Ganong/Ralph Wm. Wyatt
                                Attorneys for Plaintiff/Counter-Defendant
6 | Dated: September 27, 2006.    RANDOLPH CREGGER & CHALFANT LLP
7 |
8 |                             By: /s/ Adrian L. Randolph
                                Adrian L. Randolph
                                Attorneys for Defendant/Counter-Defendant
9 | Dated: September 27, 2006.    LAW OFFICES OF JEAN SCHAEFER
10 |
11 |                             By:_____
                                Jean Schaefer
12 |                                 Attorney for Defendant/Counter-Claimant

13 | **ORDER**
14 |     After considering the Stipulation by and between the parties, through their counsel
15 | of record, IT IS HEREBY ORDERED THAT:
16 |     1.    Expert witness discovery shall commence no earlier than Monday, October
17 | 23, 2006 and conclude no later than 5:00 p.m. on Friday, November 10, 2006.
18 | Dated: _____
19 |
20 |                               MAXINE M. CHESNEY
                              U.S. DISTRICT JUDGE

1 | signatures are sufficient for entry of this stipulation into the court files.
2 | IT IS SO STIPULATED.
3 | Dated: September 27, 2006.     GANONG & WYATT, LLP

By: /s/ Ralph Wm. Wyatt
 /Philip W. Ganong/Ralph Wm. Wyatt
 Attorneys for Plaintiff/Counter-Defendant

Dated: September 27, 2006.     RANDOLPH CREGGER & CHALFANT LLP

By:_____
 Adrian L. Randolph
 Attorneys for Defendant/Counter-Defendant

Dated: September 27, 2006.     LAW OFFICES OF JEAN SCHAEFER

By: /s/ Jean Schaefer
 Jean Schaefer
 Attorney for Defendant/Counter-Claimant

**ORDER**

After considering the Stipulation by and between the parties, through their counsel of record, IT IS HEREBY ORDERED THAT:

1. Expert witness discovery shall commence no earlier than Monday, October 23, 2006 and conclude no later than 5:00 p.m. on Friday, November 10, 2006.

Dated: September 29, 2006

_____
MAXINE M. CHESNEY
U.S. DISTRICT JUDGE

-2-

Third Stipulation Modifying Pretrial Preparation Order; Order Thereon