IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHAD GLOW, | No. C-05-1933 MMC |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S APPLICATION FOR ORDER SHORTENING TIME** |
| v. | |
| UNION PACIFIC RAILROAD COMPANY and HOWARD REDMOND, | (Docket No. 64) |
| Defendants. | |

Before the Court is plaintiff David Chad Glow's application for an order shortening time for the hearing of his motion for a continuance of the November 27, 2006 trial date. For good cause shown, the application is hereby GRANTED.

No later than Thursday, November 9, 2006, at 4:00 p.m., defendants may file a response to plaintiff's motion for a continuance of the trial date. No later than Monday, November 13, 2006, at noon, plaintiff may file a reply. If the Court determines oral argument is necessary, the motion will be heard at the pretrial conference on Tuesday, November 14, 2006 at 3:00 p.m.

**IT IS SO ORDERED.**

Dated: November 3, 2006

MAXINE M. CHESNEY
United States District Judge