Dated: January 8, 2007

1   RANDOLPH, CREGGER & CHALFANT LLP
    THOMAS A. CREGGER, State Bar No. 124402
2   STEPHANIE L. QUINN, State Bar No. 216655
    1030 G Street
3   Sacramento, California 95814
    Telephone:  (916) 443-4443
4   Facsimile:   (916) 443-2124

5   Attorneys for Defendant/Counter-Defendant
    UNION PACIFIC RAILROAD COMPANY

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   DAVID CHAD GLOW,                          No. C 05 01933 MMC

12              Plaintiff,                      **NOTICE OF CHANGE OF
                                                COUNSEL**
13        vs.

14   UNION   PACIFIC   RAILROAD   COMPANY,
     HOWARD REDMOND, an individual, and Does 1
15   through 20, inclusive,

16              Defendants.
     _____/
17
     AND RELATED COUNTER-CLAIM
18   _____/

19   TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

20          PLEASE TAKE NOTICE that Thomas A. Cregger of the firm of Randolph Cregger &

21   Chalfant LLP is the attorney for Defendant UNION PACIFIC RAILROAD COMPANY in

22   place of Adrian L. Randolph.  All notices and pleadings should be addressed to Mr. Cregger.

23   Dated: January 8, 2007              RANDOLPH CREGGER & CHALFANT LLP

24
                                         By___/s/ Thomas A. Cregger_____
25                                            THOMAS A. CREGGER
                                           Attorney for Said Defendant
26

**Randolph Cregger & Chalfant**

_____