| | |
|---|---|
| 1 | RANDOLPH, CREGGER & CHALFANT LLP |
| 2 | THOMAS A. CREGGER, State Bar No. 124402<br>STEPHANIE L. QUINN, State Bar No. 216655 |
| 3 | 1030 G Street<br>Sacramento, California 95814 |
| 4 | Telephone:  (916) 443-4443<br>Facsimile:    (916) 443-2124 |
| 5 | Attorneys for Defendant/Counter-Defendant |
| 6 | UNION PACIFIC RAILROAD COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHAD GLOW, | No. C 05 01933 MMC |
| Plaintiff, | |
| vs. | **STIPULATION MODIFYING PRETRIAL PREPARATION ORDER; ORDER THEREON** |
| UNION PACIFIC RAILROAD COMPANY, HOWARD REDMOND, an individual, and Does 1 through 20, inclusive, | |
| Defendants. | |
| AND RELATED COUNTER-CLAIM | |

COME NOW Plaintiff/Counter-Defendant DAVID CHAD GLOW, Defendant/Counter-Defendant UNION PACIFIC RAILROAD COMPANY and Defendant/Counter-Claimant HOWARD REDMOND who hereby enter into the following stipulation:

IT IS HEREBY STIPULATED THAT:

1.  Discovery will be re-opened regarding Plaintiff's medical condition and employability status post surgery, including but not limited to a second defense independent medical examination with Dr. Mills and Plaintiff's deposition.

2.  Non-expert discovery will be re-opened, to be limited to deposing Plaintiff

regarding his status post surgery. Non-expert discovery will be completed on or before July 27, 2007.

3. Expert discovery will be completed on or before July 27, 2007.

4. Per the court's prior order, the Pretrial Conference will be held on August 14, 2007 at 3:00 p.m. The Trial Date will be held on August 27, 2007 at 9:00 a.m. The parties further agree that counter-part facsimile renditions of signatures are sufficient for entry of this stipulation into the court files.

IT IS SO STIPULATED.

DATED: July 2, 2007                    GANONG & WYATT

                                       By   /s/ PHILLIP W. GANONG
                                            Phillip W. Ganong
                                       Attorneys for Plaintiff/Counter-Defendant

DATED: July 2, 2007                    LAW OFFICES OF JEAN SCHAEFER

                                       By   /s/ JEAN SCHAEFER
                                            Jean Schaefer
                                       Attorney for Defendant/Counter-Claimant

DATED: July 2, 2007                    RANDOLPH CREGGER & CHALFANT LLP

                                       By   /s/ THOMAS A. CREGGER
                                            Thomas A. Cregger
                                       Attorneys for Defendant/Counter-Defendant

## ORDER

After considering the Stipulation by and between the parties, through their counsel of record, IT IS HEREBY ORDERED THAT:

1. Discovery will be re-opened regarding Plaintiff's medical condition and employability status post surgery, including but not limited to a second defense independent

medical examination and Plaintiff's deposition.

2. Non-expert discovery the for the limited purpose of deposing Plaintiff regarding his status post surgery will be completed on or before July 27, 2007.

3. Expert discovery will be completed on or before July 27, 2007.

4. Per the court's prior order, the Pretrial Conference will be held on August 14, 2007 at 3:00 p.m. The Trial Date will be held on August 27, 2007 at 9:00 a.m. The parties further agree that counter-part facsimile renditions of signatures are sufficient for entry of this stipulation into the court files.

DATED: July 3, 2007

MAXINE M. CHESNEY
U. S. DISTRICT JUDGE

**Randolph Cregger & Chalfant**

STIPULATION AND ORDER

3