1   RANDOLPH, CREGGER & CHALFANT LLP
    THOMAS A. CREGGER, State Bar No. 124402
2   STEPHANIE L. QUINN, State Bar No. 216655
    1030 G Street
3   Sacramento, California 95814
    Telephone:  (916) 443-4443
4   Facsimile:   (916) 443-2124

5   Attorneys for Defendant/Counter-Defendant
    UNION PACIFIC RAILROAD COMPANY

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  DAVID CHAD GLOW,                          No. C 05 01933 MMC

12                 Plaintiff,
                                              **STIPULATION   MODIFYING
13       vs.                                  PRETRIAL   PREPARATION
                                              ORDER; ORDER THEREON**
14  UNION   PACIFIC   RAILROAD   COMPANY,
    HOWARD REDMOND, an individual, and Does 1
15  through 20, inclusive,

16                 Defendants.
    _____/
17
    AND RELATED COUNTER-CLAIM
18  _____/

19       COME NOW Defendant/Counter-Defendant UNION PACIFIC RAILROAD COMPANY

20  and Defendant/Counter-Claimant HOWARD REDMOND who hereby enter into the following

21  stipulation:

22       IT IS HEREBY STIPULATED THAT:

23       1.     The   cross-action   between   HOWARD   REDMOND   and   UNION   PACIFIC

24  RAILROAD COMPANY will be tried separately from the underlying action filed by Plaintiff

25  DAVID CHAD GLOW.

26       2.     Trial of the cross-action will take place immediately following final disposition of

**Randolph
Cregger &
Chalfant**

_____     1
STIPULATION AND ORDER

1  the underlying action, which is scheduled to commence trial on August 27, 2007 at 9:00 a.m.

2       3.      The parties further agree that counter-part facsimile renditions of signatures are

3  sufficient for entry of this stipulation into the court files.

4       IT IS SO STIPULATED.

5  DATED: July 9, 2007                    LAW OFFICES OF JEAN SCHAEFER

6

7                                         By____/s/ JEAN SCHAEFER_____
                                                JEAN SCHAEFER
8                                         Attorney for Defendant/Counter-Claimant

9
   DATED: July 19, 2007                   RANDOLPH CREGGER & CHALFANT LLP
10

11                                        By_____/s/ THOMAS A. CREGGER_____
                                                THOMAS A. CREGGER
12                                        Attorneys   for   Defendant/Counter-
   Defendant
13

14

15
                               **ORDER**
16

17      After considering the Stipulation by and between the parties, through their counsel of

   record, IT IS HEREBY ORDERED THAT:
18

19      1.      The cross-action between HOWARD REDMOND and UNION PACIFIC

20  RAILROAD COMPANY will be tried separately from Plaintiff DAVID CHAD GLOW's

   complaint for violation of the FELA.
21                  The Court defers ruling on the timing and manner of the trial on the cross-action
       2.      ~~Trial of the cross-action will take place immediately following final disposition of~~
22   pending discussion of those issues at the pretrial conference.
     ~~the underlying action, which is scheduled to commence trial on August 27, 2007 at 9:00 a.m.~~
23

24
   DATED: ___July 23, 2007___            _Maxine M. Chesney_____
25                                        MAXINE M. CHESNEY
                                          U. S. DISTRICT JUDGE
26

Randolph
Cregger &
Chalfant

_____               2
STIPULATION AND ORDER