**United States District Court**
For the Northern District of California

1

2

3

4                       UNITED STATES DISTRICT COURT

5                       NORTHERN DISTRICT OF CALIFORNIA

6

7   DAVID CHAD GLOW,                          No. C-05-1933 MMC (JCS)

8           Plaintiff(s),

9       v.                                    **NOTICE AND ORDER
                                              SETTING FURTHER**
10  UNION PACIFIC RAILROAD                    **SETTLEMENT CONFERENCE**
    COMPANY, ET AL.,
11
            Defendant(s).
12  _____/

13  TO ALL PARTIES AND COUNSEL OF RECORD:

14      You are hereby notified that a Further Settlement Conference is scheduled for **August 14,**

15  **2007, at 11:00 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco,

16  California.

17      Lead trial counsel shall appear at the Further Settlement Conference with the parties who

18  have full and unlimited authority to negotiate and settle the case.

19      Updated, confidential Settlement Conference Statements shall be LODGED with Chambers,

20  NOT electronically filed, **no later than August 7, 2007**.

21      Counsel shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case

22  settles prior to the date set for the Further Settlement Conference.  All other provisions of this

23  Court's October 23, 2006 "Notice of Settlement Conference and Settlement Conference Order"

24  remain in effect.

25      IT IS SO ORDERED.

26

27  Dated: July 31, 2007

28                                            _____
                                              JOSEPH C. SPERO
                                              United States Magistrate Judge