1  GANONG & WYATT, LLP
   PHILLIP W. GANONG, State Bar No. 88414
2  RALPH WM. WYATT, State Bar No. 63247
   P. O. Box 192
3  Bakersfield, CA 93302
   Telephone:     (661) 327-3337
4  Facsimile:     (661) 327-3395

5  Attorneys for Plaintiff DAVID CHAD GLOW

6

7  RANDOLPH, CREGGER & CHALFANT LLP
   THOMAS A. CREGGER, State Bar No. 124402
   STEPHANIE L. QUINN, State Bar No. 216655
8  1030 G Street
   Sacramento, California 95814
9  Telephone:  (916) 443-4443
   Facsimile:    (916) 443-2124

10
   Attorneys for Defendant/Counter-Defendant
11 UNION PACIFIC RAILROAD COMPANY

12                UNITED STATES DISTRICT COURT

13              EASTERN DISTRICT OF CALIFORNIA

14

15 DAVID CHAD GLOW,                      No. 2:08cv01250 LKK EFB

16              Plaintiff,

17     vs.

18 UNION  PACIFIC  RAILROAD  COMPANY  and
   DOES 1 through 20, Inclusive,
19
               Defendants.
20 _____/
                                         No. 2:08cv1332 LKK DAD
21 DAVID CHAD GLOW,

22              Plaintiff,                **S T I P U L A T I O N    F O R
                                         C O N S O L I D A T I O N    O F
23     vs.                               RELATED  ACTIONS  AND
                                         ORDER THEREON**
24 UNION PACIFIC RAILROAD COMPANY, et al.,

25              Defendants.
26 _____/

Randolph
Cregger &
Chalfant

1.     Plaintiff has brought action No. 2:08-cv-01250 LKK EFB (Case No. 1250) against Union Pacific Railroad Company (UPRR) asserting claims under the FELA and ADA arising from an alleged work place injury in September 2007 and accommodation requests prior to and thereafter.

2.     At the time Case No. 1250 was filed, Plaintiff had an action in the Northern District under the FELA against UPRR arising from a 2001 incident. Both Case No. 1250 and the Northern District action allege injuries to the cervical spine. At the request of the parties, the Northern District transferred its case to the Eastern District. The transferred case is identified as No. 2:08-cv-1332 LKK DAD (Case No. 1332).

3.     As both actions involve alleged injury to the cervical spine, both are work related and Plaintiff's condition, as of the date of the September 2007 incident, will likely be an issue in Case No. 1250, the parties request and stipulate to the consolidation of Case Nos. 1250 and 1332 for all purposes, pursuant to FRCP 42(a).


Dated:  6/25/08               RANDOLPH CREGGER & CHALFANT LLP


                                   /s/

                                   THOMAS A. CREGGER
                                   Attorneys for Defendant UNION PACIFIC RAILROAD COMPANY

Dated:  6/23/08               GANONG & WYATT, LLP


                                   /s/
                                   PHILIP W. GANONG/RALPH WM. WYATT
                                   Attorneys for Plaintiff DAVID CHAD GLOW

///

///

**Randolph Cregger & Chalfant**

1 | **<u>ORDER</u>**

2      Good cause appearing, and pursuant to the stipulation of the parties, the Court orders that

3  the two actions referenced above be consolidated for all purposes and that Action No. 2:08cv01250

4  LKK EFB be the controlling case.

5      PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

6

7      Dated: June 27, 2008.

8

9

10                                LAWRENCE K. KARLTON
                                  SENIOR JUDGE
11                                UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

**Randolph**
**Cregger &** 25
**Chalfant**

26

STIPULATION FOR CONSOLIDATION OF RELATED ACTIONS AND ORDER THEREON